In the Matter of the Application of ARTHUR ANDERSON FISH Co., a corporation, etc., for the Arbitration of Disputes, etc. ARTHUR ANDERSON FISH Co., Respondent, v. BANY LEVY, Appellant.— Order adjudging appellant guilty of contempt of court affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Transfer Tax upon the Estate of LESLIE W. MAY, Deceased. — Order of the Surrogate's Court of Westchester county confirming a previous order fixing and assessing a tax upon the transfers of decedent's property affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

In the Matter of the Application of FRED M. SEMKE and Others, Respondents, for a Mandamus Order against WILLIAM E. TYDEMAN, etc., and Others, Appellants. — Peremptory mandamus order reversed upon the law, with ten dollars costs and disbursements, and motion denied, without costs. The board of fire commissioners had no power to delegate their authority to remove the relators, and, therefore, the provision as to notice was void. Rich, Jaycox, Young and Lazansky, JJ., concur; Kapper, J., dissents.

THOMAS W. JONES, JR., Respondent, v. ZARET BROTHERS, INC., Appellant.— Order denying motion to vacate notice of examination of defendant before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The papers do not show that the person sought to be examined is an officer, director, managing agent or employee of the defendant; * nor do they show any of the grounds permitting the examination of a witness before trial stated in section 288 of the Civil Practice Act. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

JOSEPH CANEPI CONTRACTING Co., INC., Appellant, v. CITY OF YONKERS, Respondent.— Order granting motion for compulsory reference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning and Kapper, JJ., concur; Rich and Lazansky, JJ., dissent upon the ground that the examination of the numerous items alleged will be solely for the purpose of determining the amount of damages.

ALEXIS KEILLER, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Order denying defendant's motion to set aside verdict, vacate judgment and grant a new trial, reversed upon the law and the facts, with costs, and motion granted, without costs. The affidavits submitted in behalf of defendant clearly show that the statement offered in evidence by defendant was signed by the witness Anna M. Young, and that when she denied it upon the trial she committed perjury. There is nothing in the record which indicates that defendant did anticipate or could reasonably have anticipated that the witness would deny her signature to the statement. The statement, coupled with the witness's denial of her signature, if it were demonstrated that she had signed it, may have changed the result of the trial. Rich, Jaycox, Young, Kapper and Lazansky, JJ., concur.